# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| SALIX PHARMACEUTICALS, INC., SALIX PHARMACEUTICALS, LTD., ALFASIGMA S.P.A and BAUSCH HEALTH IRELAND, LTD., <br><br> Plaintiffs, <br><br> v. <br><br> MYLAN PHARMACEUTICALS INC., <br><br> Defendant. | Case No: 1:25-cv-24 Kleeh <br><br> *Document Filed Electronically* |

## PLAINTIFFS' MOTION TO DISMISS COUNTERCLAIM III

Pursuant to Fed. R. Civ. P. 12(b)(1), 12(b)(6), and 28 U.S.C. §2201, Plaintiffs Salix Pharmaceuticals, Inc., Salix Pharmaceuticals, Ltd., Alfasigma S.P.A. and Bausch Health Ireland, Ltd. hereby move to dismiss Count III of Defendant Mylan Pharmaceuticals Inc.'s Counterclaims, Dkt. 20, 28. The grounds for the motion are set forth in the accompanying Memorandum, which is incorporated herein by reference.

Dated: June 5, 2025

Respectfully submitted,

By: */s/ Daniel R. Higginbotham*
Daniel R. Higginbotham (WV Bar No. 11680)
**Thomas Combs & Spann, PLLC**
300 Summers St., Suite 1380
P.O. Box 3824
Charleston, WV 25338-3824
Phone: (304) 414-1800

OF COUNSEL
Harvey Bartle IV (admitted *PHV*)
**Morgan, Lewis & Bockius LLP**
502 Carnegie Center
Princeton, NJ 08540-6241
Phone: (609) 919-6600

Michael J. Abernathy (admitted *PHV*)
Wan-Shon Lo (admitted *PHV*)
Maria Doukas (admitted *PHV*)
**Morgan, Lewis & Bockius LLP**
110 North Wacker Drive
Chicago, IL 60606-1511
Phone: (312) 324-1000

Margaret A. McGreal (admitted *PHV*)
**Morgan, Lewis & Bockius LLP**
2222 Market Street
Philadelphia, PA 19103
Phone: (215) 963-5000

*Attorneys for Plaintiffs Salix Pharmaceuticals, Inc., Salix Pharmaceuticals, Ltd., Alfasigma S.p.A., and Bausch Health Ireland Ltd.*

## CERTIFICATE OF SERVICE

I hereby certify that on June 5, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notice of same to counsel of record.

/s/*Daniel R. Higginbotham*
Daniel R. Higginbotham (WVSB #11680)
THOMAS COMBS & SPANN, PLLC
300 Summers Street, Suite 1380 (25301)
P.O. Box 3824
Charleston, WV  25338-3824
Telephone:  304.414.1800
Email:  dhigginbotham@tcspllc.com
   *Counsel for Plaintiffs*